UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) 2:03-CR-0495-JCM-NJK |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| FREDERICK ANDREW JONES | ) |
| | ) |
| Defendant. | ) |

FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD
APR 19 2018
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (ECF#30), sentencing having been imposed on January 24, 2005. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: WELLS FARGO BANK
Amount of Restitution: $2,279.10

Name of Payee: BANK OF AMERICA
Amount of Restitution: $2,585.75

Name of Payee: CITIBANK
Amount of Restitution: $2,934.00

Total Amount of Restitution ordered: $7,798.85

Dated this _17th_ day of April, 2018.

_____
UNITED STATES DISTRICT JUDGE